# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| Richard Ridley, | C/A No.: 1:18-2716-MBS-SVH |
| Plaintiff, | |
| vs. | ORDER OF REMAND |
| Timothy Budz, Dr. Christopher Kunkle, Mark Davis, Chandra Goodwin, and Captain Arnold, | |
| Defendants. | |

This matter comes before the court on the motion filed by Plaintiff Richard Riley, with the consent of Defendants Timothy Budz, Dr. Christopher Kunkle, Mark Davis, Chandra Goodwin, and Captain Arnold, to remand this case to the Court of Common Pleas for Richland County. [ECF Nos. 10, 13]. For the reasons that follow, the court grants the motion.

Plaintiff originally filed this action in the Court of Common Pleas for Richland County on June 21, 2018 (2018-CP-40-3256), asserting causes of action for: (1) breach of confidentiality; (2) violations of HIPAA; (3) violation of protected health information; (4) violation of Plaintiff's First Amendment Rights; (5) slander/defamation of character; (6) harassment; and (7) sexual harassment. [ECF No. 1-1]. On October 5, 2018, Defendants removed the case and filed an answer. [ECF Nos. 1, 4].

Since removal, Plaintiff has filed a motion to amend his complaint that eliminates his federal claims. [ECF No. 11]. The court grants Plaintiff's motion to amend the complaint. Although the court retains supplemental jurisdiction of state law claims that form part of the same case or controversy as the federal claims, "[a]s a practical matter . . . many district judges will exercise their discretion under the supplemental jurisdiction statute and dismiss the remaining claims." 16 Moore's Federal Practice § 107.14(3)(b)(ii) (3rd ed. 2013); *see also* 28 U.S.C. § 1367(c). Because no federal claims remain, the court grants Plaintiff's motion to remand. [ECF No. 10]. The Clerk is directed to remand the case to the Court of Common Pleas for Richland County, South Carolina.

    IT IS SO ORDERED.

                                           /s/ Margaret B. Seymour
                                           Senior United States District Judge

Columbia, South Carolina

November 7, 2018